IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TAMARA FUSELIER, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-4025 |
| CAMDEN PROJECTS, LLC d/b/a LAKE PARKE SENIOR LIVING, TERRY TEICHMEIER and CHERIE TEICHMEIER, | ) |
|        Defendants. | ) |

## ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF PLAINTIFF'S WAGE AND HOUR CLAIMS

Before the Court is the parties' Amended Joint Motion to Approve Settlement as to Plaintiff's Wage and Hour Claims ("Joint Motion"). In support of the Motion, the Court has reviewed the proposed Settlement Agreement and Release of All Claims. The Court having considered the Joint Motion and the agreed sum of $50,000.00 to be paid to Plaintiff for her Wage and Hour Claims ("Agreement") and being fully informed finds as follows:

1. The Agreement was entered into in good faith as a fair and reasonable resolution of a bona fide dispute under the FLSA and Missouri Minimum Wage statutes in the best interests of the parties and the Plaintiff;

2. All parties to the Agreement are, and were, represented by counsel;

3. The Agreement satisfies the standards and applicable requirements for final approval of an FLSA settlement;

4. The Agreement was reached as a result of non-collusive arms-length negotiations;

5. That the attorney's fees were negotiated separately and there was no conflict of interest between Plaintiff and her attorney; and

6. That within 14 days of the payment of the amounts discussed in the Agreement, Plaintiff will dismiss this matter with prejudice.

WHEREFORE, the Court enters its ORDER and JUDGMENT granting the parties' Amended Joint Motion to Approve Settlement as to Plaintiff's Wage and Hour Claims.

**IT IS SO ORDERED.**

Dated: June 21, 2022
Jefferson City, Missouri

/s/ Nanette K. Laughrey
Nanette K. Laughrey
United States District Judge